IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES EDWARD NELSON, JR.                                                              PLAINTIFF

v.                                     Case No. 6:22-cv-6092

JAIL ADMINISTRATOR JOSH
WALDRON; MENDY M. JOHNS;
RICK LOY; and RUSSELL URSHERY                                                          DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed October 31, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Bryant recommends that Defendants' Motion to Say Proceedings Pending Criminal Disposition (ECF No. 17) be granted and this case stayed pending the resolution of Plaintiff's ongoing state criminal case. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion to Say Proceedings Pending Criminal Disposition (ECF No. 17) case is **GRANTED**. This case is **STAYED** pending the resolution of Plaintiff's ongoing state criminal case. The Clerk is directed to **ADMINISTRATIVELY TERMINATE** this case for the duration of the stay. Plaintiff is ordered to immediately notify the Court when either the state court case is dismissed, Plaintiff is acquitted, or Plaintiff's conviction becomes final.

**IT IS SO ORDERED**, this 19th day of December, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge