IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES EDWARD NELSON, JR.                                              PLAINTIFF

v.                              Case No. 6:22-cv-6092

JAIL ADMINISTRATOR JOSH WALDRON
(Clark County Detention Center); MENDY M.
JOHNS (A.C.C Officer); RICK LOY (A.C.C.
Officer); RUSSELL URSHREY (C.I.D. Officer)                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 8, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 40. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 40) *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge